# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY HAMILTON AND DEVIN
LEWIS HAMILTON

VERSUS

SAFEGUARD CAPITAL FUND,
L.P., SAFEGUARD SELF
STORAGE, INC., SAFEGUARD
DEVELOPMENT GROUP, LLC,
SAFEGUARD DEVELOPMENT I,
LLC, SAFEGUARD EQUITY GROUP,
LLC, SAFEGUARD STORAGE
PROPERTIES, LLC, AND
SAFEGUARD OPERATIONS, LLC,
ABC INSURANCE COMPANY, AND
XYZ INSURANCE COMPANY

NO. 2023 CW 0814

**OCTOBER 10, 2023**

---

In Re: Cody Hamilton and Devin Lewis Hamilton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681837.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The trial court's July 17, 2023 judgment, which granted the Motion for Partial Summary Judgment filed by defendants, the State of Louisiana, through the Department of Public Safety and Corrections and the Office of the State Fire Marshal ("the State"), is reversed. This court has interpreted La. R.S. 13:5106(B) to provide one $500,000.00 cap on personal injury damages (including survival actions for those personal injury damages) and one $500,000.00 cap for wrongful death damages. **Dakmak v. Baton Rouge City Police Department,** 2012-1468 (La. App. 1st Cir. 9/4/14), 153 So.3d 498, 508-09. The State is not entitled to the relief sought as a matter of law. See La. Code Civ. P. art. 966(A)(3). Accordingly, the Motion for Partial Summary Judgment filed by the State is denied.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

*a.s.D*

DEPUTY CLERK OF COURT
FOR THE COURT